## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION
## CIVIL ACTION NUMBER:  5:18-cv-192-TBR

*Electronically Filed*

**TIMOTHY TERRY**                                                                                   **PLAINTIFF**

**vs.**

**GERMAINE THOMAS and**
**CONTRACT FREIGHTERS, INC. d/b/a**
**CONWAY TRUCKLOAD**                                                            **DEFENDANTS**

---

### NOTICE OF REMOVAL

---

Defendants, Germain Thomas and Contract Freighters, Inc. d/b/a Conway Truckload, (hereinafter collectively "CFI"), by counsel, and for their Notice of Removal of this matter to United States District Court for the Western District of Kentucky at Paducah, hereby state as follows:

1.      On November 6, 2018, Plaintiff filed a Complaint in the Christian Circuit Court, Case No. 18-CI-1078, against CFI.  The Complaint includes claims arising out of an automobile accident against CFI for bodily injuries, negligence, gross negligence, negligence *per se*, respondeat superior and vicarious liability, and failure to properly hire, train and supervise.  See Plaintiff's Compliant attached hereto as Exhibit "A".

2.      Pursuant to Plaintiff's Complaint, Plaintiff is and was at all times relevant hereto, and at the commencement of his Christian County, Kentucky Complaint against Defendants in Civil Action 18-CI-1078, a citizen Leakesville, Green County, Mississippi.

3.      Defendant Germain Thomas was at all times relevant hereto, including at the time of the accident and at the time the Plaintiff filed their Complaint (i.e., on November 6, 2018), a citizen of Atlanta, Fulton County, Georgia.

4.      Contract Freighters, Inc. is now and was at all times relevant hereto, including at the time of filing of this Notice of Removal and at the time the Plaintiff filed his Complaint, a foreign corporation authorized to do business in the Commonwealth of Kentucky.  CFI's principal office is located at 4701 E. 32nd Street, Joplin, Missouri.  The d/b/a, Conway Truckload, does not exist.

5.      Although Plaintiff's Complaint does not identify the specific amount of damages which he seeks, Plaintiff's Complaint alleges that as a result of CFI's negligence in colliding with Plaintiff's vehicle, he has suffered serious bodily injuries, mental anguish and inconvenience, increased risk of future injuries and damages, future risk of economic damages and miscellaneous damages including, but not limited to, travel expenses and other miscellaneous expenses, including medical equipment and replacement services.  Based upon these allegations, as well as a demand made on behalf of Plaintiff in excess of $75,000.00, it is clear that the amounts sought by Plaintiff will exceed the sum of $75,000.00, exclusive of interest and costs.

6.      This action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and is one that the Defendants may remove to this Court pursuant to 28 U.S.C. § 1441(a) & (b), because of diversity of citizenship involving a claim in excess of $75,000.00.

7.      This Notice of Removal is filed within (30) thirty days after Defendants first received Plaintiff's Complaint.

8.      Pursuant to 28 U.S.C. § 1446(a), Defendants have attached as an Exhibit all pleadings and other papers served upon it and by it in this action, being the Complaint and Summons, LLC, which are attached hereto as Exhibit "A".  Defendants have not yet filed an Answer.

WHEREFORE, based upon the foregoing, the Defendants, Contract Freighters, Inc. d/b/a Conway Truckload, by counsel, notify this Court of their Removal of this Action from the Christian Circuit Court in Christian County, Kentucky.

This the 17th  day of December, 2018.

/s/ Marc A. Lovell
/s/ Amanda M. Sowell
/s/ Justin L. Duncan
HARLIN PARKER
519 East Tenth Street, P.O. Box 390
Bowling Green, KY 42102-0390
(270) 842-5611
Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the forgoing was served via electronic and/or U.S. Mail this 17th  day of December, 2018, addressed to the following:

William E. Cowley, III
will@cowley-law.com
Co-Counsel for Plaintiff

David Cowley
david@cowley-law.com
Co-Counsel for Plaintiff

/s/ Marc A. Lovell___
Marc A. Lovell