

# Notice of Service of Process

**null / ALL**
**Transmittal Number:** 19020542
**Date Processed:** 11/28/2018

| | |
|---|---|
| **Primary Contact:** | Josiane-Melanie Langlois<br>TFI International Inc.<br>8801 Trans-Canada Highway<br>Suite 500<br>Saint-Laurent, QC H4S 1Z6<br>CA |
| **Electronic copy provided to:** | Jeffrey Monroe<br>Jeffrey Monroe (Legal) |
| **Entity:** | Contract Freighters, Inc.<br>Entity ID Number  2669999 |
| **Entity Served:** | Contract Freighters Inc. dba Conway Truck |
| **Title of Action:** | Timothy Terry vs. Germaine Thomas |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Christian County Circuit Court, KY |
| **Case/Reference No:** | 18-CI-01078 |
| **Jurisdiction Served:** | MO |
| **Date Served on CSC:** | 11/26/2018 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | Secretary Of State |
| **How Served:** | Certified Mail |
| **Sender Information:** | William E. Cowley, III<br>502-855-3142 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



| Alison Lundergan Grimes<br>Secretary of State | **Commonwealth of Kentucky**<br>**Office of the Secretary of State** | Summons Division<br>PO BOX 718<br>FRANKFORT, KY 40602-0718 |

November 19, 2018

CONTRACT FREIGHTERS INC.
DBA CONWAY TRUCK
CCSC LAWYERS INCORPORATING
SERVICE CO.
221 BOLIVAR
JEFFERSON CITY, MO 65101

FROM: SUMMONS DIVISION
  SECRETARY OF STATE

RE: CASE NO: 18-CI-01078

COURT: Circuit Court Clerk
  Christian County
  Christian County Justice Center
  100 Justice Way
  Hopkinsville, KY 42240-2368
  Phone: (270) 889-6539

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

  (1) Your attorney, or
  (2) The attorney filing this suit whose name should appear on
    the last page of the complaint, or
  (3) The court or administrative agency in which the suit is filed
    at the clerk's number printed above.

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **18-CI-01078**<br>Court:  **CIRCUIT**<br>County: **CHRISTIAN** |
|---|---|---|

*Plantiff,* **TERRY, TIMOTHY VS. THOMAS, GERMAINE, ET AL,** *Defendant*

TO:  **CCSC LAWYERS INCORPORATING SERVICE CO.**
     **221 BOLIVAR**
     **JEFFERSON CITY, MO 65101**

Memo: Related party is CONTRACT FREIGHTERS INC. DBA CONWAY TRUCK

**RECEIVED**
NOV 1 4 2018
SECRETARY OF STATE

The Commonwealth of Kentucky to Defendant:
**CONTRACT FREIGHTERS INC. DBA CONWAY TRUCK**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Gary Haddock, Christian
Circuit Clerk
Date: **11/6/2018**

M Fowler, DC
11/6/18

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____                         _____
                                                 Served By

                                                 _____
                                                 Title

Summons ID: 13014709516356@00000150738
CIRCUIT: 18-CI-01078 Long Arm Statute – Secretary of State
TERRY, TIMOTHY VS. THOMAS, GERMAINE, ET AL



Page 1 of 1

**eFiled**

Presiding Judge: HON. ANDREW SELF (603276)
Package :000002 of 000013

| | | | |
|---|---|---|---|
| Filed | 18-CI-01078 | 11/06/2018 | Gary Haddock, Christian Circuit Clerk |
| A true copy attest | 18-CI-01078 | 11/06/2018 | /s/Gary Haddock, Christian Circuit Clerk |

COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
DIVISION  I
NO.- 18-CI-1078

*Electronically Filed*

TIMOTHY TERRY                                                                                              PLAINTIFF

V.

GERMAINE THOMAS
546 Ethel St. NW
Atlanta, GA 30318

    Serve:    Office of the Secretary of State
                Summons Branch
                700 Capital Ave., Ste. 86
                Frankfort, KY 40601

DATE 11/06/18
COPY ATTEST
GARY J. HADDOCK
CIRCUIT COURT CLERK
CHRISTIAN COUNTY, KY

BY _M Fowler_ D.C.

and

CONTRACT FREIGHTERS, INC.
d/b/a CONWAY TRUCKLOAD

    AGENT :CSC- Lawyers Incorporating Service Co.
        221 Bolivar
        Jefferson City, MO 65101

    SERVE:  Office of the Secretary of State
                Summons Branch
                700 Capital Avenue, Ste. 86
                Frankfort, KY 4060                                                     DEFENDANTS

## COMPLAINT

Comes Plaintiff, Timothy Terry, by and through undersigned counsel, and for his Complaint and causes of action against Defendants, Germaine Thomas and Contract Freighters, Inc. d/b/a Conway Truckload, states as follows:

| | | | |
|---|---|---|---|
| Filed | 18-CI-01078 | 11/06/2018 | Gary Haddock, Christian Circuit Clerk |
| A true copy attest | 18-CI-01078 | 11/06/2018 | /s/Gary Haddock, Christian Circuit Clerk |

| | | | |
|---|---|---|---|
| Filed | 18-CI-01078 | 11/06/2018 | Gary Haddock, Christian Circuit Clerk |
| A true copy attest | 18-CI-01078 | 11/06/2018 | /s/Gary Haddock, Christian Circuit Clerk |

## ALLEGATIONS COMMON TO ALL COUNTS

1. Plaintiff Timothy Terry is/was at all times relevant herein, a resident of Leakesville, Greene County, Mississippi.

2. Upon information and belief, Germain Thomas (hereinafter "Thomas") is/was at all times relevant herein, a resident of Atlanta, Fulton County, Georgia with a mailing address of 546 Ethel St. NW, Atlanta, GA 30318.

3. Defendant, Contract Freighters, Inc. d/b/a Conway Truckload (hereinafter "Contract Freighters") is a foreign corporation with its principal place of business in Joplin, MO and has listed CSC- Lawyers Incorporating Serves Company, 221 Bolivar, Jefferson City, MO 65101, as its registered agent for service of process.

4. That Contract Freighters, at all times relevant herein, was/is subject to the guidelines of the Federal Motor Carrier Safety Act.

5. The incident giving rise to this action occurred in Oak Grove, Christian County, Kentucky, and the damages are in excess of the jurisdictional limits of this Court.

6. That on or about February 26, 2016, Plaintiff was occupying his parked vehicle with all due care at 18750 Herndon Oak Road, in Oak Grove, Christian County, Kentucky.

7. That on that date and at the place set forth above, Defendant Thomas was reversing into a parking spot and, while backing up, Defendant Thomas backed into the cab of Plaintiff's vehicle, operating the Contract Freighter vehicle in such a negligent, grossly negligent, careless and/or reckless manner so as to cause a collision with the vehicle containing Plaintiff, thereby causing Plaintiff to suffer serious bodily injuries.

8. This Complaint is brought against all employees and agents of Defendant Contract Freighters involved in this incident and against the officers, directors, managerial agents,

Package:000004 of 000013
Presiding Judge: HON. ANDREW SELF (603276)
Package : 000004 of 000013

| | | | |
|---|---|---|---|
| Filed | 18-CI-01078 | 11/06/2018 | Gary Haddock, Christian Circuit Clerk |
| A true copy attest | 18-CI-01078 | 11/06/2018 | /s/Gary Haddock, Christian Circuit Clerk |

Filed              18-CI-01078    11/06/2018        Gary Haddock, Christian Circuit Clerk
A true copy attest 18-CI-01078    11/06/2018        /s/Gary Haddock, Christian Circuit Clerk

supervisors, and safety personnel for the Defendant who set policy or who play an active or passive role in the policy making and/or in the hiring, training, and supervision of the employees Defendant Contract Freighters.

9. Defendant Contract Freighters, as a legal entity, can only act through its officers, directors, employees, and agents. As the employer of those who set policy and play either an active or passive role in the hiring, training, and supervision of the employees, Defendant Contract Freighters is responsible for their employees' tortious acts and/or omissions that are the direct and proximate cause of the injuries to Plaintiff.

10. That the Defendants had a duty to comply with the Federal Motor Carrier Safety Regulations so as to protect the general public, including the Plaintiff, from the unsafe operation of commercial vehicles. Plaintiff belongs to the class of persons that these safety regulations were intended to protect, and the personal injuries and damages sustained by the Plaintiff were the types of injuries against which the safety regulations were intended to protect.

11. That, upon information and belief, Defendant Thomas maintained an active CDL license at the time of the subject collision and thus was subject to compliance with all regulations and governing bodies relative to the same including, but limited to, compliance with the CDL manuals within all states where he operates a commercial vehicle.

## CLAIMS AGAINST BOTH DEFENDANTS
## COUNT I: NEGLIGENCE, GROSS NEGLIGENCE

12. Plaintiff adopts and reiterates each and every allegation as if set forth fully herein and incorporate the same by reference.

13. At the time and place of the events described herein, Defendants, including Thomas and Contract Freighters, breached their duties of reasonable care owed to members of the roadway,

Presiding Judge: HON. ANDREW SELF (603276)    Package:000005 of 000013

Filed              18-CI-01078    11/06/2018        Gary Haddock, Christian Circuit Clerk
A true copy attest 18-CI-01078    11/06/2018        /s/Gary Haddock, Christian Circuit Clerk

Package : 000005 of 000013

Filed              18-CI-01078   11/06/2018    Gary Haddock, Christian Circuit Clerk
A true copy attest 18-CI-01078   11/06/2018    /s/Gary Haddock, Christian Circuit Clerk

including the Plaintiff.

14. At all times material herein, the injuries and the resulting damages to the Plaintiff was the direct and proximate result of the negligent acts and omissions of the Defendants including, but not limited to:

   a. Failure to exercise reasonable care in the operation of the Defendant Contract Freighters' truck;

   b. Failure of Defendant Thomas to ensure that he had adequate line of sight of other vehicles and obstructions in his path and/or intended path;

   c. Failure to keep a proper lookout for warnings, other vehicles and/or obstructions; and

15. That as a direct and proximate result of the aforementioned negligence and/or gross negligence of the Defendants, both jointly and severally, Plaintiff has sustained injuries and damages, including past and future medical expenses, past and future pain, suffering, mental anguish and inconvenience, and are now is at an increased risk for future injuries and damages, which will also cause further economic damages and mental anguish due to the fear associated with the increased risk of future harm. Plaintiff has also sustained, and will continue to sustain, miscellaneous damages including, but not limited to, travel expenses and other miscellaneous expenses including, but not limited to, medical equipment and replacement services. The aforementioned damages are in excess of the jurisdictional limits of this Court.

### COUNT II: NEGLIGENCE PER SE IN VIOLATION OF KRS 189.290, KRS 189.340, 601 KAR 1:005, AND/OR OTHER RELEVANT STATUTES

16. Plaintiff adopts and reiterates each and every allegation as if set forth fully herein and incorporate the same by reference.

17. That, pursuant to KRS 466.070, "[a] person injured by the violation of any statute

Filed              18-CI-01078   11/06/2018    Gary Haddock, Christian Circuit Clerk
A true copy attest 18-CI-01078   11/06/2018    /s/Gary Haddock, Christian Circuit Clerk

Package:000006 of 000013   Presiding Judge: HON. ANDREW SELF (603276)   Package : 000006 of 000013

Filed             18-CI-01078    11/06/2018      Gary Haddock, Christian Circuit Clerk
A true copy attest 18-CI-01078   11/06/2018      /s/Gary Haddock, Christian Circuit Clerk

may recover from the offender such damages as he sustained by reason of the violation, although a penalty or forfeiture is imposed for such violation."

18. That pursuant to KRS 446.070, the Plaintiff suffered damages which were a direct and proximate result of the Defendants' statutory violations.

19. That KRS 189.290, KRS 189.340, 601 KAR 1:005 and/or other relevant statutes are applicable to this action and, as such, Plaintiff may recover from Defendant Thomas for his damages.

20. That KRS 189.290 states "[t]he operator of any vehicle upon a highway shall operate the vehicle in careful manner, with regard for the safety and convenience of pedestrians and other vehicles upon the highway."

21. That Defendant Thomas had a statutory duty to operate the Contract Freighters vehicle in a careful manner at the time of the collision.

22. That Defendant Thomas violated KRS 189.290 and such violation was a direct and proximate cause of the subject collision and Plaintiff's resulting injuries and damages.

23. That Defendant Thomas had a statutory duty not to cross into the lane with the vehicle containing the Plaintiff without clearance, having regard for the speed of the vehicle and the traffic upon and condition of the roadway.

24. That Defendant Thomas violated KRS 189.340 and such violation was a direct and proximate cause of the subject collision and Plaintiff's resulting injuries and damages.

25. That the truck that Defendant Thomas was operating at the time of the subject collision was a commercial motor vehicle (hereinafter referred to as "CMV"), as defined in 601 KAR 1:005, and as such, Defendant Thomas and Defendant Contract Freighters had a duty to comply with the following Motor Carrier Safety Regulations and Transportation Security Administration Regulations: 49 C.F.R. 40, 49 C.F.R. 382—393, 49 C.F.R. 395—397 and 49

Presiding Judge: HON. ANDREW SELF (603276)
Package: 000007 of 000013

Filed             18-CI-01078    11/06/2018      Gary Haddock, Christian Circuit Clerk
A true copy attest 18-CI-01078   11/06/2018      /s/Gary Haddock, Christian Circuit Clerk

Filed              18-CI-01078    11/06/2018        Gary Haddock, Christian Circuit Clerk
A true copy attest 18-CI-01078    11/06/2018        /s/Gary Haddock, Christian Circuit Clerk

C.F.R. 1572.

26. That 49 C.F.R 383.111(7)(i) requires that all CMV operators have knowledge of "[t]he importance of proper visual search, the proper visual search methods, including . . . seeing ahead and to the sides."

27. That 49 C.F.R. 383.111(20)(i—ii) requires that all CMV operators have knowledge of "[e]mergency maneuvers . . . and how to make emergency maneuvers, including . . . [e]vasive steering [and] [e]mergency stop[s]."

28. That Defendant Thomas did not have the knowledge required by the aforementioned 49 C.F.R. 383.111 provisions and/or did not possess or demonstrate the skills required by the aforementioned 49 C.F.R. 383.111 provisions, and as such, was in violation of 601 KAR 1:005.

29. That Defendants' violation of 601 KAR 1:005 was a direct and proximate cause of the subject collision and Plaintiff's resulting injuries and damages.

30. That the Plaintiff is in the class of persons intended to be protected by KRS 189.290, KRS 189.340, 601 KAR 1:005 and/or other relevant statutes.

31. That in striking the vehicle containing the Plaintiff in violation of KRS 189.290, KRS 189.340, 601 KAR 1:005 and/or other relevant statutes, Defendants breached their statutory duties owed to the Plaintiff and were negligent as a result thereof.

32. That Defendant Thomas' violation(s) of KRS 189.290, KRS 189.340, 601 KAR 1:005 and/or other relevant statutes was the direct and proximate cause of the collision with the Plaintiff's vehicle.

33. In addition to the statutory and regulatory violations identified above, the Plaintiff reserves the right to allege additional statutory and regulatory violations as those violations are discovered through the course of discovery.

Filed              18-CI-01078    11/06/2018        Gary Haddock, Christian Circuit Clerk
A true copy attest 18-CI-01078    11/06/2018        /s/Gary Haddock, Christian Circuit Clerk

Package:000008 of 000013
Presiding Judge: HON. ANDREW SELF (603276)
Package : 000008 of 000013

Filed                18-CI-01078    11/06/2018    Gary Haddock, Christian Circuit Clerk
A true copy attest   18-CI-01078    11/06/2018    /s/Gary Haddock, Christian Circuit Clerk

34.  That as a direct and proximate result of the negligence of the Defendants, both jointly and severally, acting in violation of KRS 189.290, KRS 189.340 601 KAR 1:005 and/or other relevant statutes, Plaintiff has sustained injuries and damages, including past and future medical expenses, past and future pain, suffering, mental anguish and inconvenience, and are now at an increased risk for future injuries and damages, which will also cause further economic damages and mental anguish due to the fear associated with the increased risk of future harm. Plaintiff has also sustained, and will continue to sustain, miscellaneous damages including, but not limited to, travel expenses and other miscellaneous expenses including, but not limited to, medical equipment and replacement services. The aforementioned damages are in excess of the jurisdictional limits of this Court.

## CLAIMS AGAINST DEFENDANT CONTRACT FREIGHTERS, INC. d/b/a CONWAY TRUCKLOAD
### COUNT III: RESPONDEAT SUPERIOR AND VICARIOUS LIABIITY

35.  Plaintiff adopts and reiterates each and every allegation as if set out fully herein and incorporate the same by reference.

36.  The negligence, carelessness, gross negligence, recklessness, negligence per se and/or wrongful acts of Defendant Thomas are imputed to Defendant Contract Freighters. Defendant Contract Freighters is vicariously liable for Defendant Thomas' actions. Upon information and belief, at all times relevant to the subject collision, Defendant Thomas was acting within the scope and course of his employment with Defendant Contract Freighters.

37.  That at any and all times relevant hereto, Defendant Thomas was not acting from personal motives outside of his duties to his employer, Defendant Contract Freighters.

Package:000009 of 000013
Presiding Judge: HON. ANDREW SELF (603276)
Package : 000009 of 000013

Filed                18-CI-01078    11/06/2018    Gary Haddock, Christian Circuit Clerk
A true copy attest   18-CI-01078    11/06/2018    /s/Gary Haddock, Christian Circuit Clerk

Filed            18-CI-01078    11/06/2018       Gary Haddock, Christian Circuit Clerk
A true copy attest   18-CI-01078   11/06/2018    /s/Gary Haddock, Christian Circuit Clerk

38. That Defendant Contract Freighters is jointly and severally liable for the damages to the Plaintiff caused by the conduct of Defendant Thomas under the doctrine of Respondeat Superior.

39. That as a direct and proximate result of the aforementioned negligence and/or gross negligence of the Defendants, both jointly and severally, Plaintiff has sustained injuries and damages, including past and future medical expenses, past and future pain, suffering, mental anguish and inconvenience, and are now at an increased risk for future injuries and damages, which will also cause further economic damages and mental anguish due to the fear associated with the increased risk of future harm. Plaintiff has also sustained, and will continue to sustain, miscellaneous damages including, but not limited to, travel expenses and other miscellaneous expenses including, but not limited to, medical equipment and replacement services. The aforementioned damages are in excess of the jurisdictional limits of this Court.

### COUNT IV: FAILURE TO PROPERLY HIRE, TRAIN AND SUPERVISE GERMAIN THOMAS AND/OR OTHER EMPLOYEES OF CONTRACT FREIGHTERS, INC. d/b/a CONWAY TRUCKLOAD

40. Plaintiff adopts and reiterates each and every allegation as if set out fully herein and incorporates the same by reference.

41. Defendant Contract Freighters did not provide the following:

   a. A safe training procedure for drivers;

   b. Proper oversight of employees and agents;

   c. Safe work policies and procedures;

   d. Disclosure of known dangers and unsafe work procedures;

   e. Training of employees to make reasonable, safe decisions while driving;

   f. Adherence to the standards of care requisite in the industry;

Filed            18-CI-01078    11/06/2018       Gary Haddock, Christian Circuit Clerk
A true copy attest   18-CI-01078   11/06/2018    /s/Gary Haddock, Christian Circuit Clerk

Presiding Judge: HON. ANDREW SELF (603276)

Package : 000010 of 000013

Filed                  18-CI-01078    11/06/2018        Gary Haddock, Christian Circuit Clerk
A true copy attest     18-CI-01078    11/06/2018        /s/Gary Haddock, Christian Circuit Clerk

    g. Reasonable steps as owner of the subject commercial vehicle to ensure that it was properly entrusted to a qualified driver;

    h. Adherence to the regulations, policies and procedures of the governing agencies and of the industry as a whole.

42. Defendant Contract Freighters had a statutory duty to properly screen its applicants for employment. Under the Federal Motor Carrier Safety Regulations, Defendant Contract Freighters had the following duties:

    a. To obtain a complete employment application before permitting an applicant to drive its CMV.

    b. To investigate the driver's employment record during the preceding three years by all reasonable means.

    c. To inquire into the driver's driving record within 30 days after employment begins.

    d. To require a successfully completed road test before commencing employment.

43. That Defendant Thomas was dangerously unsuitable for the position for which he was hired and retained.

44. That Defendant Contract Freighters knew that Defendant Thomas was dangerously unsuitable for the position for which he was hired and retained, or should have known this in the exercise of ordinary care.

45. That in the exercise of ordinary care Defendant Contract Freighters should have recognized a resulting danger to the safety of others, including members of the roadway such as the Plaintiff.

46. That Defendant Thomas' employment by Defendant Contract Freighters was a substantial factor in causing the Plaintiffs' injuries and damages.

47. That as a direct and proximate result of the aforementioned, Plaintiff has sustained

Filed                  18-CI-01078    11/06/2018        Gary Haddock, Christian Circuit Clerk
A true copy attest     18-CI-01078    11/06/2018        /s/Gary Haddock, Christian Circuit Clerk

Filed             18-CI-01078    11/06/2018        Gary Haddock, Christian Circuit Clerk
A true copy attest   18-CI-01078   11/06/2018        /s/Gary Haddock, Christian Circuit Clerk

injuries and damages, including past and future medical expenses, past and future lost wages, permanent impairment of their power to labor and earn, past and future pain, suffering, mental anguish and inconvenience, and are now at an increased risk for future injuries and damages, which will also cause further economic damages and mental anguish due to the fear associated with his increased risk of future harm. He has also sustained, and will continue to sustain, miscellaneous damages including, but not limited to, travel expenses and other miscellaneous expenses including, but not limited to, medical equipment, vocational rehabilitation, replacement services, and job training. The aforementioned damages are in excess of the jurisdictional limits of this Court.

**WHEREFORE**, Plaintiff, by counsel, demands as follows:

1. Judgment against Defendants, Germaine Thomas and Contract Freighters, Inc. d/b/a Conway Truckload., jointly and severally, in favor of Plaintiff, in an amount in excess of the jurisdictional limits of this Court, said amount to be that which is determined as being fair and reasonable by all the evidence, for the following elements of damages:

   (a) Past and Future Medical Expenses;

   (b) Past and Future Pain, Suffering and Mental Anguish;

   (c) Pre-judgment and Post-judgment interest;

   (d) Travel expenses and other miscellaneous expenses including, but not limited to, medical equipment, vocational rehabilitation, replacement services, and job training;

   (e) Enhancement instruction for increased risk of future harm, injuries and damages;

2. Attorney fees and court costs; and

3. All just and proper relief to which Plaintiff may appear entitled from both

Presiding Judge: HON. ANDREW SELF (603276)
Package: 000012 of 000013

Filed             18-CI-01078    11/06/2018        Gary Haddock, Christian Circuit Clerk
A true copy attest   18-CI-01078   11/06/2018        /s/Gary Haddock, Christian Circuit Clerk

| Filed | 18-CI-01078 | 11/06/2018 | Gary Haddock, Christian Circuit Clerk |
| A true copy attest | 18-CI-01078 | 11/06/2018 | /s/Gary Haddock, Christian Circuit Clerk |

Defendants, including the right to amend this Complaint.

Respectfully submitted,

*/s/ William E. Cowley, III*
William E. Cowley, III
David Cowley
COWLEY LAW OFFICE, PLLC
436 South 7th Street, Suite 200
Louisville, KY 40203
(502) 855-3142 (office)
(502) 855-3166 (fax)
will@cowley-law.com
david@cowley-law.com

| Filed | 18-CI-01078 | 11/06/2018 | Gary Haddock, Christian Circuit Clerk |
| A true copy attest | 18-CI-01078 | 11/06/2018 | /s/Gary Haddock, Christian Circuit Clerk |

Presiding Judge: HON. ANDREW SELF (603276)
Package: 000013 of 000013

FIRST-CLASS MAIL
neopost
11/20/2018
US POSTAGE $007.62⁰
ZIP 40601
041M12250918

Kentucky
UNBRIDLED SPIRIT

ALISON LUNDERGAN GRIMES
SECRETARY OF STATE

P.O. Box 718
Frankfort, Kentucky 40602-0718

☑ REGISTER TO VOTE

7018 0680 0000 4210 0674

1st NOTICE
2nd NOTICE
RETURNED

CONTRACT FREIGHTERS INC.
DBA CONWAY TRUCK
CCSC LAWYERS INCORPORATING
SERVICE CO.
221 BOLIVAR
JEFFERSON CITY, MO 65101