UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NUMBER: 5:18-CV-192-TBR

*Electronically Filed*

**TIMOTHY TERRY**                                                                                     **PLAINTIFF**

**vs.**

**GERMAIN THOMAS and**
**CONTRACT FREIGHTERS, INC. d/b/a**
**CONWAY TRUCKLOAD**                                                                    **DEFENDANTS**

---

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

---

By agreement of the parties, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that all of Plaintiff's claims hereto against Defendants, whether alleged or could have been alleged in relation to this matter, are **DISMISSED WITH PREJUDICE.** Each party is responsible for their own costs and attorney fees. This matter is and shall be stricken from the active docket of this Court.

All deadlines, telephonic conferences, and the jury trial are vacated.

Tendered by:

/s/ Marc A. Lovell
HARLIN PARKER
519 East Tenth Street
P.O. Box 390
Bowling Green, KY 42102-0390
Telephone (270) 842-5611
Facsimile (270) 842-2607
Counsel for Defendants

**Thomas B. Russell, Senior Judge**
**United States District Court**

August 21, 2020

Have Seen and Agree:

/s/ Marc A. Lovell
HARLIN PARKER
519 East Tenth Street, P.O. Box 390
Bowling Green, KY 42102-0390
Counsel for Defendants

/s/ David Cowley (w/ permission)
Cowley Law Office, PLLC
431 South 7th Street
Louisville, KY  40203
Counsel for Plaintiff

Copies to:

Marc A. Lovell
David Cowley